# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RYAN DANIEL MASTERS,

    Petitioner,

vs.

CHARLOTTE COLLINS, et al.,

    Respondents.

Case No. 2:13-cv-01692-APG-NJK

**ORDER**

    Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (#1). He presents multiple claims that his federal custody is illegal. Petitioner is a defendant in a criminal case brought before this court, case number 2:12-cr-00145-MMD-GWF. He was found guilty in a jury trial. Subsequent to filing the petition, petitioner was convicted and the matter is now on appeal. The issues that he raises in the petition are issues that he needs to raise on appeal or in a motion attacking his sentence pursuant to 28 U.S.C. § 2255.

    To the extent that a certificate of appealability is necessary, reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    **IT IS THEREFORE ORDERED** that the petition for a writ of habeas corpus (Dkt. #1) is **DENIED**. The clerk of the court shall enter judgment accordingly.

///

///

///

1     **IT IS FURTHER ORDERED** that a certificate of appealability shall not issue.

2     Dated: May 29, 2014.

                                                        ANDREW P. GORDON
                                                        United States District Judge